

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2018

No. 04-18-00727-CV

**IN THE INTEREST OF K.M.J**,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02187
Honorable Martha Tanner, Judge Presiding

# O R D E R

On October 23, 2018, because the clerk's record did not contain a final order, we ordered Appellant to show cause why this appeal should not be dismissed for want of jurisdiction.

Appellant timely filed a response stating that the trial court signed a final order on October 23, 2018, and Appellant attached a copy of the order.

Our October 23, 2018 show cause order is satisfied. We REINSTATE the appellate timetable.

The court reporter's record is due within TEN DAYS of the date of this order.

We direct the Bexar County District Clerk to prepare and file within TEN DAYS of the date of this order a supplemental clerk's record containing the trial court's October 23, 2018 order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court